CLARENCE LACKEY v. STATE OF NEBRASKA.

FILED OCTOBER 5, 1898. No. 9929.

**Review of Instructions.** The correctness of the ruling of a district court in giving or refusing instructions cannot be considered here unless such ruling is first challenged in the district court by motion for a new trial.

ERROR to the district court for Hitchcock county. Tried below before NORRIS, J. *Affirmed.*

*J. R. Webster* and *T. F. Barnes,* for plaintiff in error.

*C. J. Smyth, Attorney General,* and *Ed P. Smith, Deputy Attorney General,* for the state.

RAGAN, C.

Clarence Lackey was by the judgment of the district court of Hitchcock county sentenced to imprisonment in

the penitentiary for the crime of robbery.   To review this judgment he has filed here a petition in error.

There is in the record no bill of exceptions.   The motion of the plaintiff in error for a new trial filed in the district court made no complaint as to the ruling of that court in the giving or refusing to give instructions, and the correctness of the ruling of the district court in those respects cannot be raised for the first time here.  (*Barr v. Omaha*, 42 Neb. 341; *Jolly v. State*, 43 Neb. 857; *Cleveland Paper Co. v. Banks*, 15 Neb. 21.)   The information supports the judgment and it is

AFFIRMED.